IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE A. PURVIS,

    Petitioner,

v.                                                            4:17cv83–WS/EMT

SECRETARY DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 27) docketed September 4, 2018. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (doc. 30) to the magistrate judge's report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 27) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   5th   day of    November   , 2018.


    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE5.